**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02163-REB-MEH

HEALTH GRADES, INC. a Delaware corporation,

    Plaintiff,

v.

HAMOT MEDICAL CENTER, a Pennsylvania corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On April 25, 2006, the parties filed a **Stipulation for Voluntary Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(ii)** [#27]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Voluntary Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(ii)** [#27] filed on April 25, 2006, **IS APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for May 25, 2007, is **VACATED**; and

4. That the jury trial set to commence June 11, 2007, is **VACATED**.

Dated April 25, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**